QUIN DENVIR, Bar No. 49374
ROTHSCHILD WISHEK & SANDS LLP
901 F Street, Suite 200
Sacramento, CA 95814
(916) 444-9845

Attorneys for Defendant

**FILED**

SEP 2 5 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JEAN LOUISE SHIELDS,

    Defendant.

)
)
) No. CR S-93-0044 WBS
)
)
) **REQUEST FOR EXONERATION**
) **OF BAIL**
)
)
)
)
)

WHEREAS, on January 28, 1993, defendant Jean Louise Shields was ordered released on $50,000.00 bail and to the third party custody of Henry D. Garcia;

WHEREAS, on March 4, 1993 a $50,000.00 Deed of Trust as appearance bond for defendant Jean L. Shields was received by the Court;

WHEREAS, on February 8, 1995, defendant Jean L. Shields was sentenced to 21 months imprisonment, 12 months supervised release, fine waived, and has since served her

sentence;

WHEREFORE, IT IS HEREBY ORDERED THAT, the bail bond is exonerated and the Clerk shall execute a reconveyance of the real property that secured the bond and shall mail the reconveyance to Mieko Saetta (Escrow Officer Old Republic Title, 2525 E. Bidwell, Folsom, CA 95030.

Dated: ~~August~~ September 22, 2006

WILLIAM B. SHUBB
Senior United States District Judge